IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION No.: 5:21-CV-00427-D

| | |
|---|---|
| UNITED STATES OF AMERICA Ex. Rel. BILLY STRICKLAND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| NORTH CAROLINA SENATE MAJORITY FUND, | )<br>)<br>) |
| Defendant. | ) |

**ORDER**

THIS MATTER IS BEFORE THE COURT on Relator's Consent Motion to Dismiss. [DE 27]. The Court finds that Relator moves the Court to dismiss this action without prejudice to the United States of America with each party bearing its own costs due to the risk of litigation, that the United States has provided its written consent for the same reason, and that pursuant to Federal Rule of Civil Procedure 41(a)(2), 31 U.S.C. § 3730(b)(1), and the Court's Order of December 27, 2023, this motion should be approved.

IT IS ORDERED THAT this action is dismissed without prejudice to the United States of America, and that each party shall bear its own costs.

SO ORDERED. This the __5__ day of January, 2024.

JAMES C. DEVER III
United States District Judge