UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel. )<br>BILLY STRICKLAND, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>NORTH CAROLINA SENATE )<br>MAJORITY FUND, )<br> )<br> )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-427-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed without prejudice to the United States of America, and that each party shall bear its own costs.

**This Judgment Filed and Entered on January 5, 2024, and Copies To:**

Eric Laurence Doggett   (via CM/ECF electronic notification)

Neal Fowler            (via CM/ECF electronic notification)

DATE: January 5, 2024                    PETER A. MOORE, JR., CLERK

                                         (By)  /s/ Stephanie Mann
                                         Deputy Clerk